UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 20-10371 |
| | ) | |
| Witold Matysiak, | ) | Chapter 7 |
| | ) | |
| | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF MOTION

TO:  See Attached List

**PLEASE TAKE NOTICE** that on **Thursday, June 18, 2020** at **10:00 AM**, I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the **MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1**, a copy of which is attached.

**This motion will be presented and heard telephonically**.  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC.  You can set up an account at www.Court-Solutions.com or by calling Court Solutions at **(917) 746-7476**.

**If you object to this motion and want it called on the presentment date above**, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ Roman L. Sukley*
Roman L. Sukley, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3324

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 20-10371 |
| | ) | |
| Witold Matysiak, | ) | Chapter 7 |
| | ) | |
| | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1**

PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by his Trial Attorney, Roman L. Sukley, hereby requests this Court to limit notice to that given, dismiss the above-captioned Chapter 7 case under § 707(a) of the Bankruptcy Code and for other relief. In support of this request, the U.S. Trustee respectfully states to the Court as follows:

1. The Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on May 2, 2020.

2. Though required under § 521 of the Bankruptcy Code, the Debtor failed to file the following documents:

    [✔] A timely-obtained certificate of credit counseling. The credit counseling certificate on file is stale-dated.

    [ ] A Form 122A-1, and if applicable: Form 122A-1Supp or Form 122A-2

    [ ] Complete Schedules and a Statement of Financial Affairs

3. The U.S. Trustee believes that filing a stale-dated credit counseling certificate is cause to dismiss this case under § 707(a) of the Code. Under the circumstances of this case, the U.S. Trustee also believes notice of this motion is adequate under § 102 of the Code.

WHEREFORE, the U.S. Trustee respectfully asks the Court to limit notice of this motion to that given and dismiss this Chapter 7 case under § 707(a) of the Bankruptcy Code.

Dated: June 3, 2020                 By:     /s/ *Roman L. Sukley*
                                                         Roman L. Sukley, Trial Attorney
                                                         OFFICE OF THE U.S. TRUSTEE
                                                         219 South Dearborn Street Room 873
                                                         Chicago, IL 60604
                                                         (312) 886-3324