UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Proceeding |
| | ) | |
| **Witold Matysiak**, | ) | Case No. **20-10371** |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |

**NOTICE OF MOTION**

TO:   See Attached List

    **PLEASE TAKE NOTICE** that on **Thursday, June 18, 2020** at **10:00 AM**, I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the **Motion of the United States Trustee to Examine Fees Paid to Attorney Pursuant to 11 U.S.C. § 329(b)**, a copy of which is attached.

    **This motion will be presented and heard telephonically**.  No personal appearance in court is necessary or permitted.  To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC.  You can set up an account at www.Court-Solutions.com   or by calling Court Solutions at **(917) 746-7476**.

    **If you object to this motion and want it called on the presentment date above**, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    */s/ Roman L. Sukley*
    Roman L. Sukley, Trial Attorney
    OFFICE OF THE U.S. TRUSTEE
    219 S. Dearborn, Room 873
    Chicago, Illinois 60604
    (312) 886-3324

## **CERTIFICATE OF SERVICE**

      I, Roman L. Sukley, Attorney, certify that I served a copy of the **Notice of Motion** and the attached **Motion of the United States Trustee to Examine Fees Paid to Attorney Pursuant to 11 U.S.C. § 329(b)** on each entity shown on the attached list at the address shown and by the method indicated on the list on June 3, 2020, by 4:00 PM.

                                  */s/ Roman L. Sukley*

## **SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice For Registrants**

Daniel P Scott       dscott@cs-attorneys.com
Richard J Mason     richardjmason130@gmail.com

**Parties Served via U.S. First Class Mail:**

*See Attached Exhibit A—Declaration of Mailing/Certificate of Service*

WITOLD MATYSIAK
9512 BRITTA AVE
FRANKLIN PARK, IL 60131

PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 41021
NORFOLK, VA 23541

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Proceeding |
| | ) | |
| **Witold Matysiak**, | ) | Case No. **20-10371** |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |

**UNITED STATES TRUSTEE'S MOTION TO EXAMINE FEES
PAID TO ATTORNEY PURSUANT TO 11 U.S.C. § 329(b) AND FOR OTHER RELIEF**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through his attorney, Roman L. Sukley, hereby requests this Court, pursuant to 11 U.S.C. § 329 and Rule 2017 of the Federal Rules of Bankruptcy Procedure, to examine the fees paid to attorney Daniel P Scott ("Scott") in connection with this case and for other relief. In support of this request, the U.S. Trustee respectfully states to the Court as follows:

1.    This is a core proceeding concerning the administration of the estate pursuant to 28 U.S.C. §157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2.    Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a)(3). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

**BACKGROUND**

3.    On May 2, 2020 ("Petition Date"), Witold Matysiak ("Debtor"), represented by Scott, filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

4.    Scott also filed on behalf of the Debtor: (1) a Credit Counseling Certificate ("Certificate"); and (2) his Statement of Compensation pursuant to Rule 2016 and Written Fee Agreement, which reflect Scott's fees of $1,000.00 for services rendered in this case.

5.    The Certificate indicates that the Debtor completed his required credit counseling course on October 25, 2019, a date not within the required 180-day period preceding the Petition Date pursuant to § 109(h)(1).

6.    Concurrent with this Motion, the U.S. Trustee is filing his Motion to Dismiss for the Debtor's failure to timely file his credit counseling certificate.

**RELIEF REQUESTED**

7.    Section 329(b) of the Bankruptcy Code authorizes this Court to examine the fees paid to an attorney in connection with a bankruptcy case and provides that, to the extent the amounts paid exceed the reasonable value of the services rendered, this Court can cancel any agreement between the debtor and counsel and order the return of any excessive payment.

8.    Under the circumstances of this case, the U.S. Trustee believes it is appropriate for the Court to examine the reasonableness of the fees the Debtor paid Scott, as the Debtor's case may be subject to dismissal for the noted deficiency.

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to enter an order scheduling a hearing to examine the fees paid to Daniel P. Scott in this case under Fed.R.Bankr.P. 2017 and 11 U.S.C. § 329, directing Daniel P. Scott to appear at that hearing and granting any other relief the Court deems just.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED:<br>PATRICK S. LAYNG<br>UNITED STATES TRUSTEE |
| Dated: June 3, 2020 | By: /s/ *Roman L. Sukley*<br>Roman L. Sukley, Trial Attorney<br>OFFICE OF THE U.S. TRUSTEE<br>219 S. Dearborn, Room 873<br>Chicago, Illinois 60604<br>(312) 886-3324 |